# MEMORANDUM OF DECISIONS.[1]

## DISMISSED.

### OCTOBER 7, 1919.

*Chicle.*—American Chicle Co. et al. *v.* United States (No. 1972)—Appeal from Abstract 42861.

### NOVEMBER 6, 1919.

*O·ttage of whisky*—Park & Tilford *v.* United States (No. 1936)—Appeal fr m Abstract 42417.

## REVERSED.

### DECEMBER 31, 1918.

*Biscuits.*—United States *v.* Menzel & Co. (No. 1916)—Appeal from Abstract 42184.

## MODIFIED.

### OCTOBER 1, 1918.

*Copper matte.*—American Smelting & Refining Co. *v.* United States (No. 1928)—Appeal from Abstract 42281.

## AFFIRMED.

### OCTOBER 1, 1918.

*Jacquard-figured upholstery goods.*—Mills & Gibb et al. *v.* United States (No. 1887)—Appeal from Abstract 41745.

### OCTOBER 29, 1918.

*Rice bran, shorts, and middlings.*—Bush & Co. *v.* United States (No. 1893)—Appeal from G. A. 8121 (T. D. 37471).

### MARCH 25, 1919.

*Pepper shells.*—Kissock & Co. *v.* United States (No. 1949)—Appeal from G. A. 8202 (T. D 37800).

### JUNE 7, 1919.

*Canadian wheat.*—United States *v.* Bartlett Frazier Co. (No. 1939)—Appeal from G. A. 8193 (T. D. 37746).

### OCTOBER 7, 1919.

*Cape Angora goat skins.*—Beadenkopf Co. et al. *v.* United States (No. 1936)—Appeal from G. A. 8245 (T. D. 37960).

---

[1] T. D. 38242 (38 Treas. Dec., ——).